# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# CHIPOTLE

**Reg. No. 2,344,423**  
**Registered Apr. 25, 2000**  
**Amended Feb. 18, 2020**  
**Int. Cl.: 43**  
**Service Mark**  
**Principal Register**

CMG PEPPER, LLC  (COLORADO LIMITED LIABILITY COMPANY)  
610 Newport Center Drive, Suite 1300  
Newport Beach, CALIFORNIA 92660

CLASS 43: Restaurant services

FIRST USE 7-13-1993; IN COMMERCE 7-13-1993

SEC.2(F)

SER. NO. 75-416,235, FILED 01-09-1998



Director of the United States  
Patent and Trademark Office

