# EXHIBIT 2

Int. Cls.: **29 and 30**

Prior U.S. Cl.: **46**

Reg. No. 3,523,738

**United States Patent and Trademark Office**   Registered Oct. 28, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# CHIPOTLE

CHIPOTLE MEXICAN GRILL, INC. (DELAWARE CORPORATION)
SUITE 200
1543 WAZEE ST.
DENVER, CO 80202

FOR: PREPARED ENTREES CONSISTING PRIMARILY OF CHICKEN, STEAK, CARNITAS, BARBACOA OR VEGETABLES; PREPARED VEGETABLE-BASED ENTREES; SALADS COMPRISED OF LETTUCE AND CHOICE OF MEAT, BEANS, SALSA, CHEESE AND/OR SOUR CREAM; GUACAMOLE; SOUR CREAM; COOKED BEANS; CHEESE, IN CLASS 29 (U.S. CL. 46).

FIRST USE 0-0-1993; IN COMMERCE 0-0-1993.

FOR: BURRITOS; TACOS; FAJITA BURRITOS; SALSAS; TORTILLAS; TORTILLA CHIPS; RICE; SALADS COMPRISED PRIMARILY OF RICE AND CHOICE OF MEAT, BEANS, SALSA, CHEESE AND/OR SOUR CREAM; PREPARED ENTREES CONSISTING PRIMARILY OF RICE, IN CLASS 30 (U.S. CL. 46).

FIRST USE 0-0-1993; IN COMMERCE 0-0-1993.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,317,718, 3,325,609 AND OTHERS.

SEC. 2(F).

SER. NO. 77-411,827, FILED 3-3-2008.

LINDSEY RUBIN, EXAMINING ATTORNEY