# EXHIBIT 3

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

Reg. No. 3,412,092

United States Patent and Trademark Office   Registered Apr. 15, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# CHIPOTLE

CHIPOTLE MEXICAN GRILL, INC. (DELAWARE CORPORATION)
1543 WAZEE STREET SUITE 200
DENVER, CO 80202

FOR: RESTAURANT SERVICES; TAKE-OUT RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 1-12-2007; IN COMMERCE 1-12-2007.

OWNER OF U.S. REG. NOS. 2,317,718, 2,949,842, AND OTHERS.

SEC. 2(F).

SN 77-014,081, FILED 10-4-2006.

JAY FLOWERS, EXAMINING ATTORNEY