# EXHIBIT 4



# CHIPOTLE

**Reg. No. 3,698,498**
Registered Oct. 20, 2009

**Int. Cl.: 43**

SERVICE MARK
PRINCIPAL REGISTER

CHIPOTLE MEXICAN GRILL, INC. (DELAWARE CORPORATION)
SUITE 500
1401 WYNKOOP STREET
DENVER, CO 80202

FOR: RESTAURANT SERVICES; TAKE-OUT RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 8-28-2008; IN COMMERCE 8-28-2008.

OWNER OF U.S. REG. NOS. 2,344,423, 3,523,738 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED WORD "CHIPOTLE".

SEC. 2(F).

SER. NO. 77-703,840, FILED 3-31-2009.

WENDY JUN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office