# EXHIBIT 5

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,622,272
Registered May 19, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

**CHIPOTLE**

CHIPOTLE MEXICAN GRILL, INC. (DELAWARE CORPORATION)
1543 WAZEE ST.
SUITE 200
DENVER, CO 80202

FOR: RESTAURANT SERVICES; TAKE-OUT RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 8-28-2008; IN COMMERCE 8-28-2008.

OWNER OF U.S. REG. NOS. 2,317,719, 3,412,092 AND OTHERS.

THE COLOR(S) RED (MATCH PMS 484C) AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "CHIPOTLE" IN WHITE LETTERING AGAINST A RED RECTANGULAR BACKGROUND.

SEC. 2(F) AS TO "CHIPOTLE".

SER. NO. 77-567,485, FILED 9-11-2008.

DAVID TAYLOR, EXAMINING ATTORNEY