| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| BRENT E. JOHNSON (SBN 133323) <br> bjohnson@hollandhart.com <br> HOLLAND & HART LLP <br> 222 South Main Street, Suite 2200 <br> Salt Lake City, UT 84101-2194 <br> Telephone: (801) 799-5800 <br> Facsimile: (801) 799-5700 | |
| ATTORNEY(S) FOR: Plaintiffs | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Chipotle Mexican Grill, Inc., and CMG Pepper, LLC <br><br> Plaintiff(s), <br><br> v. <br><br> Sweetgreen, Inc. <br><br> Defendant(s) | CASE NUMBER: <br><br> 8:23-CV-00596 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiffs Chipotle Mexican Grill, Inc. and CMG Pepper, LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| (1) Chipotle Mexican Grill, Inc. | (1) Plaintiff, parent corporation of CMG Pepper, LLC |
| (2) CMG Pepper, LLC | (2) Plaintiff |
| (3) Sweetgreen, Inc. | (3) Defendant |

| April 4, 2023 | /s/ Brent E. Johnson |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Chipotle Mexican Grill, Inc. and CMG Pepper, LLC