BRENT E. JOHNSON (SBN 133323)
bjohnson@hollandhart.com
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
*Attorneys for Plaintiffs Chipotle Mexican Grill, Inc. and CMG Pepper, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CHIPOTLE MEXICAN GRILL, INC., and CMG PEPPER, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SWEETGREEN, INC.,<br><br>Defendant. | Case No. 8:23-cv-00596-KES<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (FRCP), Plaintiffs Chipotle Mexican Grill, Inc. and CMG Pepper, LLC (collectively "Chipotle"), hereby give notice of voluntary dismissal with prejudice of all claims against Defendant Sweetgreen, Inc. asserted in the Complaint, as said Defendant has neither answered nor filed a motion for summary judgment in this action.

Dated: May 11, 2023

Respectfully Submitted,

/s/ Brent E. Johnson
Brent E. Johnson
HOLLAND & HART LLP
*Attorneys for Plaintiffs Chipotle Mexican Grill, Inc. and CMG Pepper, LLC*